JOHN PUCILLO, JR., PRO AMI

*vs.*

WILLIAM A. CUMMINGS

JOHN PUCILLO

*vs.*

WILLIAM A. CUMMINGS

Sagadahoc.   Opinion, September 13, 1951.

PER CURIAM.

These cases are before this court on the defendants' exceptions to the refusal of the presiding justice to grant a nonsuit.   From the earliest days in this state this court has consistently held that no exceptions lie to the refusal to grant a motion for a nonsuit.   The presiding justice should have refused to allow the bill of exceptions.   The exceptions must be dismissed as improvidently allowed.

*Exceptions dismissed.*

*Harold J. Rubin,* for plaintiff.

*John W. Quarrington,*
*Charles A. Bartlett,* for defendant.

SITTING: MURCHIE, C. J., THAXTER, FELLOWS, MERRILL, NULTY, WILLIAMSON, JJ.